**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

---

| | |
|---|---|
| **PAMELA KIRBY**, an individual, | § |
| | § |
| **Plaintiff** | § |
| | § |
| **v.** | § |
| | § |
| **TIMOTHY L. BARTON,** | § |
| an individual, | § |
| **JOHN MCELWEE**, an individual, | § |
| **JMJ DEVELOPMENT, LLC**, a | § |
| Delaware limited liability company | § |
| with its principal place of business | § |
| in Texas, | § |
| **2999TC ACQUISITIONS, LLC** | § |
| **f/k/a MO 2999 TC, LLC**, a | § |
| Delaware limited liability company | § |
| with its principal place of business | § |
| in Texas, | § |
| **2999TC FOUNDERS, LLC**, a | § |
| Delaware limited liability company, | § |
| **2999TC JMJ, LLC**, a Delaware | § |
| limited liability company, | § |
| **2999TC JMJ GM, LLC**, a | § |
| Delaware limited liability company, | § |
| **2999 FIVE STAR GM, LLC**, a | § |
| Delaware limited liability company, | § |
| **FIVE STAR GM, LLC,** a Delaware | § |
| limited liability company, | § |
| **FIVE STAR MM, LLC**, a Delaware | § |
| limited liability company, | § |
| **FIVE STAR TC, LLC,** a Delaware | § |
| limited liability company, | § |
| | § |
| **Defendants.** | |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Pamela Kirby, Timothy L. Barton, John Mcelwee, JMJ Development, LLC, 2999TC Acquisitions, LLC f/k/a MO 2999 TC, LLC, 2999TC Founders, LLC, 2999TC JMJ, LLC, 2999TC JMJ GM, LLC, 2999 Five Star GM, LLC, Five Star GM, LLC, and Five Star TC, LLC.

Dated: July 6, 2022

Respectfully submitted:

James C. Sabalos, Esq.
Texas Bar No: 17499100
Nevada Bar No: 8649
California Bar No: 182545
Law Offices of James C. Sabalos
407 Flintdale Road
Houston, Texas 77024
Telephone: 949.355.6084

Facsimile: 602.801.2539
E-mail: jimsabalos@hotmail.com

**COUNSEL FOR PLAINTFF**

**PAMELA KIRBY**