AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

PAMELA KIRBY, an individual,

*Plaintiff*

v.

TIMOTHY L. BARTON, et. al

*Defendant*

Civil Action No. 3:22-cv-01447-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

2999TC JMJ GM, LLC
919 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JIM SABALOS (17299100)
407 FLINTDALE RD.
HOUSTON, TX 77024
JIMSABALOS@HOTMAIL.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*