AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 3:22-cv-01447-M |

## Summons in a Civil Action

**TO:** 2999 Five Star GM LLC, a Delaware limited liability company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 07/22/2022

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ____________________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ____________________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________________
______________________________ on (*date*) ____________________ ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 3:22-cv-01447-M |

## Summons in a Civil Action

**TO:** 2999TC Acquisitions LLC, a Delaware limited liability company with its principal place of business in Texas

*formerly known as* MO 2999 TC LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 07/22/2022

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:22-cv-01447-M |

## Summons in a Civil Action

**TO:** 2999TC Founders LLC, a Delaware limited liability company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 07/22/2022

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ____________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:22-cv-01447-M |

## Summons in a Civil Action

**TO:** 2999TC JMJ GM LLC, a Delaware limited liability company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*




DATE: 07/22/2022

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________
was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________
______________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________; or

☐ other (*specify*) ______________________
______________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
Server's signature

______________________
Printed name and title

______________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 3:22-cv-01447-M |

## Summons in a Civil Action

**TO:** Timothy L Barton, an individual

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 07/22/2022

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________
was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________
______________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________ on (*date*) ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ other (*specify*) ______________________
______________________

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
Server's signature

______________________
Printed name and title

______________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:22-cv-01447-M |

## Summons in a Civil Action

**TO:** Five Star GM LLC, a Delaware limited liability company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 07/22/2022

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ____________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:22-cv-01447-M |

## Summons in a Civil Action

**TO:** Five Star MM LLC, a Delaware limited liability company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

DATE: 07/22/2022

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ____________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:22-cv-01447-M |

## Summons in a Civil Action

**TO:** Five Star TC LLC, a Delaware limited liability company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 07/22/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:22-cv-01447-M |

**Summons in a Civil Action**

**TO:** JMJ Development LLC, A Delaware limited liability company with its principal place of business in Texas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 07/22/2022

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________
was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________
______________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________; or

☐ other (*specify*) ______________________
______________________

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
Server's signature

______________________
Printed name and title

______________________
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:22-cv-01447-M |

## Summons in a Civil Action

**TO:** John McElwee, an individual

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 07/22/2022

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________
was received by me on (*date*) ____________.

☐ I personally served the summons on the individual at (*place*) ______________________________
______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________
______________________________, a person of suitable age and discretion who resides there,
on (*date*) ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated
by law to accept service of process on behalf of (*name of organization*) ______________________
______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________
______________________________

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc: