**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PAMELA KIRBY,** | § | |
| **Plaintiff,** | § | |
| | § | **CIV. ACTION NO. 3:22-cv-01447-M** |
| **vs.** | § | |
| | § | |
| **TIMOTHY L. BARTON, ET AL.** | § | |
| **Defendants.** | § | |
| | § | |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL PURSUANT TO LOCAL RULE 83.10 AND COURT ORDER DATED 7-25-22**

PLEASE TAKE NOTICE that Josh Borsellino of Borsellino, P.C. hereby enters his appearance as an attorney of record in this case on behalf of Plaintiff Pamela Kirby. In satisfaction of N.D.T.X. Local Rule 83.10 and the Court's Electronic Order dated 7-25-22, Mr. Borsellino is admitted to practice in the United States District Court for the Northern District of Texas, and his firm's principal office is located in Fort Worth, Texas. Mr. Borsellino requests service upon him of all pleadings, notices and other documents to be made upon Plaintiff in the above-styled and captioned case. Mr. Borsellino will serve as local counsel, and attorney James C. Sabalos will remain as lead counsel for Plaintiff.

Respectfully submitted,

/s/ Josh Borsellino
Josh Borsellino
State Bar No. 24045532
Borsellino, P.C.
1020 Macon St., Ste. 15
Fort Worth, Texas 76102
T: 817.908.9861
F: 817.394.2412

josh@dfwcounsel.com

**AND**

James C. Sabalos, Esq.
Texas Bar No: 17499100
Nevada Bar No: 8649
California Bar No: 182545
Law Offices of James C. Sabalos
407 Flintdale Road
Houston, Texas 77024
Telephone: 949.355.6084
Facsimile: 602.801.2539
E-mail: jimsabalos@hotmail.com

**ATTORNEYS FOR PLAINTIFF
PAMELA KIRBY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August, 2022, I served a copy of the foregoing on all counsel of record using the Northern District of Texas CMECF document filing system.

/s/Josh Borsellino