**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PAMELA KIRBY,** | § | |
| **Plaintiff,** | § | |
| | § | **CIV. ACTION NO. 3:22-cv-01447-M** |
| **vs.** | § | |
| | § | |
| **TIMOTHY L. BARTON, ET AL.** | § | |
| **Defendants.** | § | |
| | § | |

**PLAINTIFF'S APPENDIX IN SUPPORT OF MOTION FOR SUBSTITUTED SERVICE ON DEFENDANTS TIMOTHY BARTON AND JOHN MCELWEE**

Plaintiff files this Appendix in Support of Motion for Substituted Service on Defendants Timothy Barton and John McElwee (the "Motion"). Plaintiff incorporates by reference the attached evidence into her Motion:

| DESCRIPTION | KIRBY_APP_# |
|---|---|
| Affidavit of Jacqueline Tyler | 1 |
| Affidavit of Tom Fredericks | 2-4 |
| Affidavit of Jose Burgos | 5 |

Respectfully submitted,

/s/ Josh Borsellino
Josh Borsellino
State Bar No. 24045532
Borsellino, P.C.
1020 Macon St., Ste. 15
Fort Worth, Texas 76102
T: 817.908.9861
F: 817.394.2412
josh@dfwcounsel.com

**AND**

James C. Sabalos, Esq.
Texas Bar No: 17499100
Nevada Bar No: 8649
California Bar No: 182545
Law Offices of James C. Sabalos
407 Flintdale Road
Houston, Texas 77024
Telephone: 949.355.6084
Facsimile: 602.801.2539
E-mail: jimsabalos@hotmail.com

**ATTORNEYS FOR PLAINTIFF**
**PAMELA KIRBY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2022, I served a copy of the foregoing on all counsel of record using the Northern District of Texas CMECF document filing system.

/s/Josh Borsellino

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* TIMOTHY BARTON was received by me on *(date)* Jul 26, 2022, 7:57 am.

- [ ] I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or
- [ ] I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________________; or
- [X] I returned the summons unexecuted because: SEE ATTEMPTS BELOW. ; or
- [ ] Other: . ; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 09/09/2022

Jacqueline E. Tyler

*Server's signature*

JACQUELINE TYLER - PROCESS SERVER

*Printed name and title*

1910 PACIFIC AVE., SUITE 9300, DALLAS, TX 75201

*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Aug 24, 2022, 11:00 am CDT at 4107 ROCK CREEK DR, DALLAS, TX 75204
No vehicle. No answer at either front door. Left a card taped on both doors.

2) Unsuccessful Attempt: Aug 26, 2022, 7:45 am CDT at 4107 ROCK CREEK DR, DALLAS, TX 75204
Mr. Barton was outside I called his name he took off running to top level of house in very back. I couldn't get to him and he refused to answer either door and both my cards were gone from door from yesterday's attempt. Loaner vehicle in driveway pics sent of attempt.

3) Unsuccessful Attempt: Sep 7, 2022, 10:00 am CDT at 4107 ROCK CREEK DR, DALLAS, TX 75204
Made another attempt at the Rock Creek residence. No answer at the door. Vehicle in the driveway with plate KNV8249 Porsche in the driveway. No answer at either door. Left card on drivers side door of car. The car belongs to OWNER JMJ DEVELOPMENT,,13901 MIDWAY RD,#102,DALLAS,TX,75244

4) Unsuccessful Attempt: Sep 8, 2022, 7:00 pm CDT at 4107 ROCK CREEK DR, DALLAS, TX 75204
No answer at the door. I left another card as the one I had previously left had been removed. I also attached a card to the two vehicles that were parked at the home.

Fredericks & Palmer Process Serving, LLC
1125 Atlantic Avenue
Suite 502
Atlantic City, NJ 08401

# Invoice

| Invoice No. |
|---|
| 24974 |

| Date |
|---|
| 07/26/22 |

| Bill To |
|---|
| Daavillier Law Group<br>Yuka M. Bacchus, Paralegal<br>4105 N. 29th Street<br>Suite 110<br>Phoenix, AZ 85016 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Served Summons & Complaint to<br><br>John McElwee<br>940 Academy Lane<br>Bryn Mawr, PA | 145.00 |
| Copying Cost 26 pages @ .25 cents per page | 6.50 |
| Pamela Kirby V. Timothy L. Barton et al. | |

All work is complete!

| | |
|---|---|
| Subtotal | $151.50 |
| Total | $151.50 |
| Balance Due | $151.50 |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

Kirby
*Plaintiff*
v.

Barton et al
*Defendant*

Civil Action No. 3:22-cv-01447-M

## Summons in a Civil Action

**TO:** John McElwee, an individual

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 07/22/2022

Case 3:22-cv-01447-M Document 14 Filed 07/22/22 Page 20 of 20 PageID 58

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-01447-M

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) JOHN MCELWEE
was received by me on (*date*) 7. 26. 22.

☐ I personally served the summons on the individual at (*place*) ______________ on (*date*) ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________, a person of suitable age and discretion who resides there, on (*date*) ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________, who is designated by law to accept service of process on behalf of (*name of organization*) ______________ on (*date*) ______________ ; or

☒ I returned the summons unexecuted because SPOKE WITH BILL MCELWEE ; or
STATED JOHN LIVES IN NEWTOWN SQUARE, PA

☐ other (*specify*) ______________

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______

I declare under penalty of perjury that this information is true.

Date: 7-29-22

[signature]
Server's signature

TOM FREDERICKS PROCESS SERVER
Printed name and title

FREDERICKS & PALMER PROCESS SERVING
1735 MARKET STREET SUITE A532
PHILADELPHIA PA 19103
215-833-8307
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-CV-01447-M

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John McElwee, 306 French Rd., Newtown Square, PA
was received by me on *(date)* 8/23/22 .

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

☑ I returned the summons unexecuted because No answer each time. Two cars present each time. ; or

☐ Other *(specify)*: Attempted service on 9/1/22 @ 6:25 pm, 9/5/22 @ 6:57 am, 9/9/22 @ 8:16 pm

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/15/22

[signature]
*Server's signature*

Jose A. Burgos, Process Server
*Printed name and title*

FREDERICKS & PALMER PROCESS SERVING, LLC
1125 ATLANTIC AVENUE SUITE 502
ATLANTIN CITY, NJ 08401
609-233-6743
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset