**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PAMELA KIRBY,** | § | |
| **Plaintiff,** | § | |
| | § | **CIV. ACTION NO. 3:22-cv-01447-M** |
| **vs.** | § | |
| | § | |
| **TIMOTHY L. BARTON, ET AL.** | § | |
| **Defendants.** | § | |
| | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE ON DEFENDANTS TIMOTHY BARTON AND JOHN MCELWEE**

Came on this date to be considered Plaintiff's Motion for Substituted Service on Defendants Timothy Barton and John McElwee. The Court, having considered the Motion, finds that it has merit and should be granted. Accordingly, it is

ORDERED that Plaintiff's Motion for Substituted Service on Defendants Timothy Barton and John McElwee is GRANTED. It is further

ORDERED that service of process of Timothy Barton may be made by securely attaching a true and correct copy of the summons and Complaint along with the order authorizing substituted service to the front door of the home located at 4107 Rock Creek Drive, Dallas, Texas 75204 and sending a copy of the summons and Complaint along with the order authorizing substituted service via regular mail to the same address. It is further

ORDERED that service of process on John McElwee may be made by securely attaching a true and correct copy of the summons and Complaint along with the order authorizing substituted service to the front door of the home located at 306 French Rd., Newtown Square, PA

19073 and sending a copy of the summons and Complaint along with the order authorizing substituted service via regular mail to the same address.

Signed this ________ day of ________________, 2022.

________________________________
**THE HONORABLE BARBARA M. LYNN**
**CHIEF UNITED STATES DISTRICT JUDGE**