**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| PAMELA KIRBY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-01447-M |
| | § | |
| TIMOTHY L BARTON, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER**

Before the Court is the Plaintiff's Motion for Substituted Service on Defendants Timothy Barton and John McElwee. ECF No. 18. The Motion is **GRANTED.**

Service of process of Timothy Barton may be made by securely attaching a true and correct copy of the summons and Complaint along with the order authorizing substituted service to the front door of the home located at 4107 Rock Creek Drive, Dallas, TX 75204, and sending a copy of the summons and Complaint along with the order authorizing substituted service via regular mail to the same address.

Service of process on John McElwee may be made by securely attaching a true and correct copy of the summons and Complaint along with the order authorizing substituted service to the front door of the home located at 306 French Rd., Newtown Square, PA 19073 and sending a copy of the summons and Complaint along with the order authorizing substituted service via regular mail to the same address.

**SO ORDERED**.

September 23, 2022.

Barbara M. G. Lynn

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE