Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* 2999TC JMJ, LLC was received by me on *(date)* Jul 27, 2022, 1:44 pm.

- ☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________; or
- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or
- ☐ I served the summons on *(name of individual)* ____________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________; or
- ☐ I returned the summons unexecuted because: ____________; or
- ☒ Other: THE REGISTERED AGENT FOR 2999TC JMJ, LLC IS TRWF LODGE LLC, WHERE THE DOCUMENT WAS PLACED IN THEIR BOX 243 ; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 07/28/2022

Jacqueline E. Tyler
*Server's signature*

JACQUELINE TYLER PSC-13440
*Printed name and title*

PO Box 8155, Fort Worth, TX 76124
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 28, 2022, 10:59 am at 13901 MIDWAY RD, STE 102, DALLAS, TX 75244 received by 2999TC JMJ, LLC, BY DELIVERING TO ITS REGISTERED AGENT, TRWF LODGE LLC, WHERE THE DOCUMENT WAS PLACED IN THE BOX BY MR. SUNDEEP.

DELIVERED TO THE REGISTERED AGENTS BOX WAS A SUMMONS IN A CIVIL ACTION, PLAINTIFF PAMELA KIRBY'S ORIGINAL COMPLAINT AND JURY DEMAND, CERTIFICATE OF INTERESTED PERSONS AND CIVIL COVER SHEET.