AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

Kirby
*Plaintiff*
v.

Barton et al
*Defendant*

Civil Action No. 3:22-cv-01447-M

## Summons in a Civil Action

**TO:** Timothy L Barton, an individual

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 07/22/2022

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* TIMOTHY BARTON was received by me on *(date)* Jul 26, 2022, 7:57 am.

- [ ] I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or
- [ ] I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________________; or
- [ ] I returned the summons unexecuted because: ____________________; or
- [x] Other: BY POSTING TO THE FRONT DOOR AND SENT BY REGULAR MAIL PER THE ORDER ; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 09/29/2022

Jacqueline E. Tyler
*Server's signature*

JACQUELINE TYLER - PROCESS SERVER
*Printed name and title*

PO Box 8155, Fort Worth, TX 76124
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 28, 2022, 3:20 pm CDT at 4107 ROCK CREEK DR, DALLAS, TX 75204 by POSTING THE DOCUMENT TO THE FRONT DOOR OFTHE ABOVE MENTIONED ADDRESS AND BY REGULAR MAIL PER THE ORDER TO TIMOTHY BARTON.

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION, PLAINTIFF PAMELA KIRBY'S ORIGINAL COMPLAINT AND JURY DEMAND, CERTIFICATE OF INTERESTED PERSONS AND CIVIL COVER SHEET.