# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:22-cv-01447-M |

## Summons in a Civil Action

**TO:** JMJ Development LLC, A Delaware limited liability company with its principal place of business in Texas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 07/22/2022

Civil Action No. 3:22-cv-01447-M

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* JMJ DEVELOPMENT LLC was received by me on *(date)* Jul 26, 2022, 7:57 am.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________; or

☐ I returned the summons unexecuted because: ____________; or

☒ Other: The registered agent for JMJ Development LLC is One Agent Texas, LLC where they have a box 243 for their documents ; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 07/26/2022

Jacqueline E. Tyler
*Server's signature*

JACQUELINE TYLER - PROCESS SERVER
*Printed name and title*

PO Box 8155, Fort Worth, TX 76124
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 26, 2022, 11:25 pm at 13901 MIDWAY RD., SUITE 102, BOX 243, DALLAS, TX 75244 received by JMJ DEVELOPMENT LLC, BY DELIVERING TO ITS REGISTERED AGENT ONE AGENT TEXAS, LLC, WHERE THE DOCUMENT WAS PUT IN THE BOX BY MR. SUNDEEP.

DELIVERED TO THE REGISTERED AGENTS BOX WAS A SUMMONS IN A CIVIL ACTION, PLAINTIFF PAMELA KIRBY'S ORIGINAL COMPLAINT AND JURY DEMAND, CERTIFICATE OF INTERESTED PERSONS AND CIVIL COVER SHEET.