AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Kirby<br>*Plaintiff*<br>v.<br><br>Barton et al<br>*Defendant* | ) | Civil Action No. 3:22-cv-01447-M |

## Summons in a Civil Action

**TO:** Five Star TC LLC, a Delaware limited liability company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

James Sabalos
407 Flintdale Road
Houston , TX 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 07/22/2022

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-CV-01447-M

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* FIVE STAR TC, LLC
was received by me on *(date)* 07/26/2022

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CHEYENNE WILLIAMS (MANAGING AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* FIVE STAR TC, LLC
919 N. MARKET STREET, SUITE 905, WILMINGTON, DE 19801 on *(date)* 07/26/2022 AT 11:35 AM ______

☐ I returned the summons unexecuted because ______ , or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______

I declare under penalty of perjury that this information is true.

Date: 07/26/2022

______
*Server's signature*

DENORRIS BRITT PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360,
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATE OF INTERESTED PERSONS