**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| PAMELA KIRBY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-01447-M |
| | § | |
| TIMOTHY L BARTON, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER**

Before the Court is the Notice of Stay (ECF No. 21), filed by Cort Thomas, appointed as Receiver in *Securities and Exchange Commission v. Timothy Barton*, et al., Case No. 3:22-CV-28118-X, filed in the United States District Court for the Northern District of Texas. In light of the Notice of Stay, this case is **STAYED.** The Clerk of Court is ordered to administratively close this case for statistical purposes.

**SO ORDERED**.

October 20, 2022.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE